United States District Court

Eastern District of California

Jesse Seineke,

     Plaintiff,                        No. Civ. S 02-2379 DFL PAN P

  vs.                              Order

Ed Alameda, et al.,

     Defendants.

-oOo-

    Defendant's motion for summary judgment is submitted.  Good cause appearing, the court hereby orders that the August 29, 2005, jury trial is vacated.

    So ordered.

    Dated:  June 7, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge