United States District Court

Eastern District of California

Jesse Seineke,

      Plaintiff,                    No. Civ. S 02-2379 DFL PAN P

  vs.                            Order

Ed Alameda, et al.,

      Defendants.

-oOo-

    Defendant's motion for summary judgment is submitted.  June 14, 2005, plaintiff requested an extension to file his pretrial statement.  Good cause appearing, plaintiff's request is granted.  He need not file a pretrial statement until further order of the court.

    So ordered.

    Dated:  June 23, 2005.

                                     /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge