United States District Court

Eastern District of California

Jesse Seineke,

     Plaintiff,                    No. Civ. S 02-2379 DFL PAN P

  vs.                          Order

Ed Alameda, et al.,

     Defendants.

-oOo-

    Good cause appearing, the Clerk of the Court shall enter the address noted in plaintiff's September 12, 2005, letter as his record address and serve the August 23, 2005, order and judgment upon him at that address.

    So ordered.

    Dated:  September 22, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge